# REQUEST FOR COURT ACTION / DIRECTION

**15 CRIM 131**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Part1 Criminal Docket Clerk | OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute a Controlled substance: Aiding and Abetting. 21 USC18:2 a Class A Felony. |
| | | ORIGINAL SENTENCE: 120 months imprisonment followed by five (5) years supervised release. |
| FROM: | Kyle Crayton<br>Senior U.S. Probation Officer | SPEC. CONDITIONS: The releasee shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer. The releasee shall satisfactorily participate in a vocational or educational program as directed by the probation officer. Special assessment $100. |
| | | AUSA: TO BE ASSIGNED |
| RE: | Gerald Jones<br>1:07 CR 92-001(BEL) | |

DATE OF SENTENCE: December 7, 2008

DATE: March 4, 2015

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: MAR 06 2015*

ATTACHMENTS: PSI ___ JUDGMENT X PREVIOUS REPORTS ___
VIOLATION PETITION ___

REQUEST FOR: WARRANT ___ SUMMON ___ COURT DIRECTION X

---

## TRANSFER OF JURISDICTION

On December 7, 2008, the above-mentioned individual was sentenced as outlined above in the District of Maryland, by the Honorable Benson Everett Legg,, Chief United States District Judge.

On March 3, 2015, we received a letter from the District of Maryland advising that the Honorable Benson Everett Legg, Chief United States District Judge, signed the Transfer of Jurisdiction, Probation Form 22, ordering Mr. Jones's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (4) forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the original Forms 22 as they are required for both districts to complete the transfer.

Gerald Jones　Case 1:15-cr-00131-PKC   Document 3   Filed 03/06/15   Page 2 of 2　Docket Number# 1:07 CR 92-001 (BEL)
P13136/KC.yt

-2-

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

MICHAEL J. FITZPATRICK
Chief U.S. Probation Officer

Kyle Crayton
Senior United States Probation Officer
(212) 805-5154